UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES E. MURPHY On Behalf of Himself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 07-282-CV-W-ODS |
| NOVASTAR FINANCIAL, INC., W. LANCE ANDERSON, SCOTT F. HARTMAN, and GREGORY S. METZ, | ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF INTEREST

Pursuant to W.D.Mo. Rule 3.1, defendant NovaStar Financial, Inc. certifies that it has no parent companies and no direct subsidiaries that are not wholly owned. NovaStar Mortgage, Inc., a wholly-owned subsidiary of NovaStar Financial Inc., owns all of the common securities of NovaStar Capital Trust I ("NCT I") and NovaStar Capital Trust II ("NCT II"). NCT I and NCT II have issued trust preferred securities to other investors.

Respectfully submitted,

/s/ Brian D. Martin
Michael Thompson           MO #22153
Brian D. Martin            MO #42245
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: 816-983-8000
Facsimile: 816-983-8080

Attorneys for defendants NovaStar Financial, Inc., Hartman, Anderson, and Metz

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Charles F. Speer
Donnamarie Landsberg
Tammy R. Dodson
Speer Law Firm, P.A.
104 W. 9th Street, Suite 305
Kansas City, MO 64105

Attorneys for plaintiff

/s/ Brian D. Martin
Attorney for defendants