# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| MICHAEL OWENS, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVASTAR FINANCIAL, INC., W. LANCE ANDERSON, SCOTT F. HARTMAN and GREG METZ,<br><br>Defendants. | CIVIL ACTION NO. 4:07-cv-00166 (ODS)<br><br><br>CLASS ACTION |
| ROBERT W. BOYD, III, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVASTAR FINANCIAL, INC., SCOTT F. HARTMAN, W. LANCE ANDERSON and GREGORY S. METZ,<br><br>Defendants. | Case No. 4:07-cv-00139 (ODS) |
| GARY M. TANNER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NOVASTAR FINANCIAL, INC., SCOTT F. HARTMAN, W. LANCE ANDERSON and GREGORY S. METZ,<br><br>Defendants. | Case No. 4:07-cv-00147 (ODS) |

| | |
|---|---|
| ALAN JAMES BIMA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVASTAR FINANCIAL, INC., SCOTT F. HARTMAN, W. LANCE ANDERSON and GREGORY S. METZ,<br><br>Defendants. | Case No. 4:07-cv-00170 (ODS) |
| LEE M. EIDSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NOVASTAR FINANCIAL, INC., SCOTT F. HARTMAN, W. LANCE ANDERSON and GREGORY S. METZ,<br><br>Defendants. | Case No. 4:07-cv-00175 (ODS) |
| JACK F. DUNBAR, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NOVASTAR FINANCIAL, INC., SCOTT F. HARTMAN, W. LANCE ANDERSON and GREGORY S. METZ,<br><br>Defendants. | Case No. 4:07-cv-00176 (ODS) |
| DURSTON WINESBURG, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NOVASTAR FINANCIAL, INC., SCOTT F. HARTMAN, W. LANCE ANDERSON and GREGORY S. METZ,<br><br>Defendants. | Case No. 4:07-cv-00202 (ODS) |

| | |
|---|---|
| JAMES E. MURPHY, On Behalf of Himself and All Others Similarly Situated, | ) Case No. 4:07-cv-00282 (ODS) |
| Plaintiff, | ) |
| v. | ) |
| NOVASTAR FINANCIAL, INC., W. LANCE ANDERSON, SCOTT F. HARTMAN and GREG METZ, | ) |
| Defendants. | ) |

## THE BROWN GROUP'S RESPONSE TO THE COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

## TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Having reviewed the competing motions for appointment of lead plaintiff and for approval of counsel, lead plaintiff movants Joshua Brown, Merri-Jo Hillaker, Charles & Lois McComb, and William Weakley (collectively the "Brown Group"), do not oppose the motion of Dr. Kevin Lester, who appears to have the largest claimed financial interest of all the lead plaintiff movants in this litigation and otherwise appears to meet the requirements of Federal Rule of Civil Procedure 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii).

The Brown Group remains willing to serve, however, if, for any reason, those movants who appear to have a larger financial interest are found to be inadequate as lead plaintiffs or class representatives, or are otherwise disqualified.

Dated: May 10, 2007         **THE NYGAARD LAW FIRM**

By: /s/ Susan F. Meagher
      Susan F. Meagher (MO Bar 56037)
      Diane A. Nygaard (MO Bar 47240)
      9200 Ward Parkway, Suite 550
      Kansas City, Missouri 64114
      Telephone: (816) 531-3100

- and -

**DREIER LLP**
Daniel B. Scotti
Bruce D. Bernstein
Andrew M. Wilmar
499 Park Avenue
New York, New York 10022
Telephone: 212.328.6100

- and -

**GUTRIDE SAFIER LLP**
Michael R. Reese
230 Park Avenue, Suite 963
New York, New York 10169
Telephone: 212.579.4625

***Attorneys for Brown Group***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing.


_____ */s/ Susan F. Meagher* _____
Susan F. Meagher