# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL OWENS, On Behalf of Himself and All Others Similarly Situated, | CIVIL ACTION NO. 4:07-cv-00166 (ODS) |
| Plaintiffs, | |
| v. | CLASS ACTION |
| NOVASTAR FINANCIAL, INC., W. LANCE ANDERSON, SCOTT F. HARTMAN and GREG METZ, | |
| Defendants. | |
| ROBERT W. BOYD, III, Individually and On Behalf of All Others Similarly Situated, | Case No. 4:07-cv-00139 (ODS) |
| Plaintiffs, | |
| v. | |
| NOVASTAR FINANCIAL, INC., SCOTT F. HARTMAN, W. LANCE ANDERSON and GREGORY S. METZ, | |
| Defendants. | |
| GARY M. TANNER, On Behalf of Himself and All Others Similarly Situated, | Case No. 4:07-cv-00147 (ODS) |
| Plaintiff, | |
| v. | |
| NOVASTAR FINANCIAL, INC., SCOTT F. HARTMAN, W. LANCE ANDERSON and GREGORY S. METZ, | |
| Defendants. | |

| | |
|---|---|
| ALAN JAMES BIMA, Individually and On Behalf of All Others Similarly Situated, <br><br>  Plaintiffs, <br><br> v. <br><br> NOVASTAR FINANCIAL, INC., SCOTT F. HARTMAN, W. LANCE ANDERSON and GREGORY S. METZ, <br><br> Defendants. | Case No. 4:07-cv-00170 (ODS) |
| LEE M. EIDSON, Individually and On Behalf of All Others Similarly Situated, <br><br>  Plaintiff, <br><br> v. <br><br> NOVASTAR FINANCIAL, INC., SCOTT F. HARTMAN, W. LANCE ANDERSON and GREGORY S. METZ, <br><br> Defendants. | Case No. 4:07-cv-00175 (ODS) |
| JACK F. DUNBAR, On Behalf of Himself and All Others Similarly Situated, <br><br>  Plaintiff, <br><br> v. <br><br> NOVASTAR FINANCIAL, INC., SCOTT F. HARTMAN, W. LANCE ANDERSON and GREGORY S. METZ, <br><br> Defendants. | Case No. 4:07-cv-00176 (ODS) |
| DURSTON WINESBURG, On Behalf of Himself and All Others Similarly Situated, <br><br>  Plaintiff, <br><br> v. <br><br> NOVASTAR FINANCIAL, INC., SCOTT F. HARTMAN, W. LANCE ANDERSON and GREGORY S. METZ, <br><br> Defendants. | Case No. 4:07-cv-00202 (ODS) |

| | |
|---|---|
| JAMES E. MURPHY, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NOVASTAR FINANCIAL, INC., W. LANCE ANDERSON, SCOTT F. HARTMAN and GREG METZ, <br><br> Defendants. | ) Case No. 4:07-cv-00282 (ODS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

COMES NOW, Susan F. Meagher of The Nygaard Law Firm, and moves the Court pursuant to Local Rule 83.5(o) for its Order allowing her to withdraw as counsel for Plaintiffs Michael Owens and the Brown Group (Joshua Brown, Merri-Jo Hillaker, Charles & Lois McComb, and William Weakley) in the above-captioned matter. In support of her motion, counsel would show the Court that Diane A. Nygaard of The Nygaard Law Firm remains as counsel on behalf of Michael Owens and the Brown Group.

WHEREFORE, Susan F. Meagher of The Nygaard Law Firm prays that her Motion for Leave to Withdraw as Counsel be granted and for such other and further relief as the Court shall deem just and proper.

*Respectfully submitted,*

THE NYGAARD LAW FIRM


     /s/ Susan F. Meagher
Susan F. Meagher (MO Bar 56037)
Diane A. Nygaard (MO Bar 47240)
9200 Ward Parkway, Suite 550
Kansas City, Missouri 64114
Telephone: (816) 531-3100

*Attorneys for Michael Owens and the Brown Group*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

         */s/ Susan F. Meagher*
Susan F. Meagher