IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE 2007 NOVASTAR FINANCIAL, INC., SECURITIES LITIGATION, | ) ) ) ) | Case No. 07-0139-CV-W-ODS |
| GARY M. TANNER, On Behalf of Himself and All Others Similarly Situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 07-0147-CV-W-ODS |
| NOVASTAR FINANCIAL, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| MICHAEL OWENS, On Behalf of Himself and All Others Similarly Situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 07-0166-CV-W-ODS |
| NOVASTAR FINANCIAL, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| ALAN JAMES BIMA, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 07-0170-CV-W-ODS |
| NOVASTAR FINANCIAL, INC., et al., | ) ) | |
| Defendants. | ) ) | |

| | |
|---|---|
| LEE M. EIDSON, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| vs. | Case No. 07-0175-CV-W-ODS |
| NOVASTAR FINANCIAL, INC., et al., | |
| Defendants. | |
| JACK F. DUNBAR, On Behalf of Himself and All Others Similarly Situated, | |
| Plaintiff, | |
| vs. | Case No. 07-0176-CV-W-ODS |
| NOVASTAR FINANCIAL, INC., et al., | |
| Defendants. | |
| DURSTON WINESBURG, On Behalf of Himself and All Others Similarly Situated, | |
| Plaintiff, | |
| vs. | Case No. 07-0202-CV-W-ODS |
| NOVASTAR FINANCIAL, INC., et al., | |
| Defendants. | |
| JAMES E. MURPHY, On Behalf of Himself and All Others Similarly Situated, | |
| Plaintiff, | |
| vs. | Case No. 07-0282-CV-W-ODS |
| NOVASTAR FINANCIAL, INC., et al., | |

|                        | ) |
| Defendants. | ) |
| _____ | ) |

ORDER ADMINISTRATIVELY CLOSING CASES FOR STATISTICAL PURPOSES

In light of the consolidation of cases ordered on July 9, 2007, and the corresponding directive that all future filings be made only in the lead case, the Clerk of Court is directed to administratively close the cases consolidated into the lead case. This measure is being taken purely for statistical purposes and is not intended to affect the merits of any claims or issues involved in this litigation.

Any party believing an administratively closed case needs to be reopened should file an appropriate motion in the lead case.

IT IS SO ORDERED.

DATE: December 14, 2007

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT

3